# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                         Crim. No. 5:07-CR-261-1D

RICKY RAUTENKRANZ

On July 17, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain                        /s/ Arthur B Campbell  
Michael C. Brittain                             Arthur B Campbell  
Supervising U.S. Probation Officer           U.S. Probation Officer  
                                                     310 New Bern Avenue, Room 610  
                                                     Raleigh, NC 27601-1441  
                                                     Phone: 919-861-8677  
                                                     Executed On: August 01, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____4____ day of ___August___, 2017.

                                                    James C. Dever III  
                                                    Chief U.S. District Judge